

## Second Department, June, 1929.

Pursuant to the provisions of rule 1 of the Rules of Civil Practice, John H. McCooey, Jr., of No. 32 Court street, Brooklyn, in the county of Kings, is hereby appointed a member of the committee on character and fitness of applicants for admission to the bar in and for the Second Judicial District, in place of Jesse Fuller, Jr., deceased, to hold office during the pleasure of the court; such appointment to take effect June 3, 1929. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

Anna Archibald, an Infant, by Fred Archibald, Her Guardian ad Litem, Respondent, v. Prisco & Soverio, Inc., Appellant. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

Fred Archibald, Respondent, v. Prisco & Soverio, Inc., Appellant. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

John L. Batterman, Respondent, v. Adelbert B. Swetland, Appellant.— Order denying defendant's motion to strike out certain portions of the amended complaint and to require separate stating and numbering of alleged causes of action affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty, Seeger, Carswell and Scudder, JJ., concur.

Max Benjamin, Respondent, v. Bernhard Kraus and Milton Kraus, Appellants.— Order setting aside the verdict of the jury on the ground of inadequacy and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

Amelia Bonheur, Respondent, v. John H. Stone, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

Eugenie S. Bynoe, Respondent, v. Brooklyn and Queens Young Men's Christian Association, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

Vernon W. Bynoe, an Infant, by Eugenie S. Bynoe, His Guardian as Litem, Respondent, v. Brooklyn and Queens Young Men's Christian Association, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

Frank P. Clair, Respondent, Appellant, v. Henry Wrege, Appellant, Respondent.— Judgment, on appeal of defendant, unanimously affirmed, without costs. On appeal of plaintiff, judgment modified so as to award plaintiff

601